| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **CIVIL CONFERENCE** |
| **EASTERN DISTRICT OF NEW YORK** | **MINUTE ORDER** |

BEFORE: STEVEN I. LOCKE                              DATE: 3/28/2023
            U.S. MAGISTRATE JUDGE                   TIME: 12:00 pm

CASE:  **CV 22-1001(EK) John Hancock Life Insurance Company (U.S.A.) v. Ali et al**
TYPE OF CONFERENCE: ORAL ARGUMENT           FTR:
APPEARANCES:
    For Plaintiff:   Owen Andrew Kloter

    For Defendant: Robert Ramcharitar (pro se)
                         No appearance from Ana Ali
                         No appearance from Hallima Ali
                         No appearance from Stephen Ali

**THE FOLLOWING RULINGS WERE MADE:**

☒    Order: Oral argument held. Settlement conference held as to the issue of attorneys' fees and costs. Plaintiff's motion to deposit funds, DE [23], is withdrawn based on the following stipulation of the parties as set forth on the record:

       The Court So Orders Plaintiff's proposed order on the motion, DE [23-17], with the following modifications—

       (1) as to paragraph 1, Plaintiff will issue to the clerk of the Court a check equal to the amount of $93,459.90 plus any additional interest that has accrued on that amount as the Proceeds (as defined in DE [23-17]) less $5,000 which shall constitute the entire amount attorneys' fees and costs due to Plaintiff's counsel, and Defendants shall have no more liability in this regard;

       (2) the remaining paragraphs 2 – 8 of DE [23-17] are adopted without modification; and

       (3) the parties consent to the jurisdiction of the Magistrate Judge for limited purpose of So Ordering this stipulation.

As also agreed on the record, defense counsel shall serve a copy of this order, along with a copy of DE [23-17], on all Defendants and file proof of service on ECF.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

       5/2/23 at 11:00 am               : Status conference

                                               SO ORDERED

                                                /s/Steven I. Locke
                                               STEVEN I. LOCKE
                                               United States Magistrate Judge